RECEIVED
2005 JUN 23 A 11: 17

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA CLEM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> G.D. SEARLE, LLC (hereinafter ) <br> "Searle") a subsidiary of PHARMACIA ) <br> CORPORATION, (hereinafter ) <br> "Pharmacia"), a Foreign Corporation; ) <br> MONSANTO COMPANY; PFIZER ) <br> INC., et al, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:05cv593-T |

## CERTIFICATE OF FILING OF NOTICE OF REMOVAL

The undersigned attorney for defendant, Pfizer Inc., hereby certifies that on June 23, 2005, defendant caused to be filed with the Clerk of the Court for the Circuit Court of Butler County, Alabama, a Notice of Removal to the United States District Court for the Middle District of Alabama, Northern Division.

_____
LAWRENCE B. CLARK
GILBERT C. STEINDORFF, IV
WENDY A. MADDEN
Attorneys for G.D. Searle LLC, Pharmacia Corporation, and Pfizer Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading upon all counsel of record by placing a copy of same in the United States Mail on this the 23rd day of ~~May~~ June, 2005:

Navan Ward, Jr., Esq.
Andy D. Birchfield, Jr., Esq.
Paul Sizemore, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
P.O. Box 4160
Montgomery, Alabama 36103-4160

_____
OF COUNSEL