IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BARBARA CLEM,                    )
                                 )
     Plaintiff,                  )
                                 )   CIVIL ACTION NO.
     v.                          )      2:05cv593-T
                                 )
D.G. SEARLE, LLC, et al.,        )
                                 )
     Defendants.                 )
```

### RULE 26(f) ORDER

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan.  The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than July 29, 2005.  The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date.  If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil

trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The date of commencement of this judge's next available civil trial term is August 7, 2006. This case will be set for this term and suggested deadlines should be made accordingly.

The court may or may not hold a scheduling conference before issuing a scheduling order. If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is available on the court's website, www.almd.uscourts.gov.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE, this the 27th day of June, 2005.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE