IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA CLEM, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv593-T |
| | ) | |
| G. D. SEARLE, LLC, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to withdraw as counsel (Doc. No. 8) is granted.

DONE, this the 11th day of August, 2005.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**