```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BARBARA CLEM,                   )
                                )
    Plaintiff,                  )
                                )   CIVIL ACTION NO.
    v.                          )     2:05cv593-T
                                )
G. D. SEARLE, LLC, et al.,      )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion for temporary stay pending MDL transfer (Doc. No. 9) is granted and this cause is stayed pending MDL transfer.

DONE, this the 12th day of August, 2005.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**