# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

September 29, 2005

TO INVOLVED COUNSEL

Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-1)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: October 14, 2005** (4 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Dana L. Stewart
Deputy Clerk

Attachments

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 29 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___F. Supp. 2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_Michael J. Beck_
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA MIDDLE
   ALM  1  05-500         Robert Webb v. G.D. Searle, LLC, et al.
   ALM  2  05-475         Frank Klinger v. G.D. Searle, LLC, et al.
   ALM  2  05-476         Clarice Hare v. G.D. Searle, LLC, et al.
   ALM  2  05-593         Barbara Clem v. G.D. Searle, LLC, et al.
   ALM  2  05-594         Phyllis McCord v. G.D. Searle, LLC, et al.

ALABAMA NORTHERN
   ALN  2  05-896         Earl Darby, Jr. v. Merck & Co., Inc., et al.
   ALN  2  05-1670        Gloria Mauldin v. Pfizer, Inc.
   ALN  2  05-1799        Mary Nell McCloud v. G.D. Searle, LLC, et al.
   ALN  7  05-1125        Stan Downey, et al. v. Merck & Co., Inc., et al.

ALABAMA SOUTHERN
   ALS  1  05-360         Cliff Norwood v. G.D. Searle, LLC, et al.
   ALS  1  05-361         James Alan Bell v. G.D. Searle, LLC, et al.
   ALS  1  05-388         James Rogers Fanning v. G.D. Searle, LLC, et al.
   ALS  1  05-397         John Scarcliff v. G.D. Searle, LLC, et al.
   ALS  1  05-399         Larry W. Broadus v. G.D. Searle, LLC, et al.
   ALS  1  05-454         Albert Pearson v. G.D. Searle, LLC, et al.
   ALS  2  05-368         Wilmer Merriweather v. G.D. Searle, LLC, et al.

CALIFORNIA CENTRAL
   CAC  2  05-3851        Robert Schwartz v. G.D. Searle, LLC, et al.
   CAC  2  05-6130        William Acosta, et al. v. Pfizer, Inc., et al.
   CAC  5  05-283         Lillie Baker v. Pfizer, Inc.

CALIFORNIA SOUTHERN
   CAS  3  05-1193        William Armbruster, et al. v. Merck & Co., Inc., et al.

COLORADO
   CO   1  05-1266        Jannett Graham v. Pfizer, Inc.

CONNECTICUT
   CT   3  05-1104        Thomas Durica, et al. v. Pfizer, Inc.

FLORIDA MIDDLE
   FLM  3  05-695         Mary Ellen Mule v. Pfizer, Inc.
   FLM  6  05-1174        Tracy Ring v. G.D. Searle, LLC, et al.
   FLM  8  05-963         Harley W. Horne v. Pfizer Inc.

FLORIDA SOUTHERN
   FLS  1  05-21241       Clara Fontanilles v. Pfizer, Inc.

IOWA NORTHERN
   IAN  2  05-1032        Jo Anne Pierce v. G.D. Searle, LLC, et al.